IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRANK FRANKLIN
ADC #087441                                                                                    PLAINTIFF

v.                             No. 2:15-cv-76-DPM-JWC

R. WASHINGTON, Corporal,
EARU, ADC                                                                                      DEFENDANT

## ORDER

This case, which was inadvertently opened prematurely, is stayed pending this Court's receipt of the Court of Appeals' mandate in *Franklin v. Hobbs*, № 2:13-cv-106-JTR.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

26 May 2015