IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRANK FRANKLIN
ADC #087441                                                                PLAINTIFF

v.                         No. 2:15-cv-76-DPM-PSH

RITA WASHINGTON, Corporal,
EARU, ADC                                                                  DEFENDANT

### ORDER

On *de novo* review, the Court adopts the recommendation, № 17, and overrules Franklin's objections, № 19. FED. R. CIV. P. 72(b)(3). Franklin's motion for transfer to a different facility by way of injunction, № 16, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 August 2015