IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRANK FRANKLIN
ADC #087441                                                                                          PLAINTIFF

v.                              No. 2:15-cv-76-DPM-PSH

RITA WASHINGTON, Corporal,
EARU, ADC                                                                                            DEFENDANT

## ORDER

Unopposed partial recommendation, № 34, adopted. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Washington's motion to dismiss, № 27, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 June 2016