IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRANK FRANKLIN
ADC # 087441                                                                  PLAINTIFF

v.                              No. 2:15-cv-76-DPM-PSH

RITA WASHINGTON, Corporal,
EARU, ADC                                                                     DEFENDANT

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 47, and overrules Franklin's objections, № 48. FED. R. CIV. P. 72(b)(3). Franklin's motion for summary judgment, № 43, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 February 2017