IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRANK FRANKLIN
ADC # 087441                                                          PLAINTIFF

v.                              No. 2:15-cv-76-DPM

RITA WASHINGTON, Corporal,
EARU, ADC                                                             DEFENDANT

## ORDER

The Court construes Franklin's belated second response to Washington's motion for summary judgment as an objection. On *de novo* review, the Court adopts the recommendation, № 58, and overrules Franklin's objection, № 59. FED. R. CIV. P. 72(b)(3). Washington's motion for summary judgment, № 51, is granted. The complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 May 2017