IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRANK FRANKLIN
ADC # 087441                                                              PLAINTIFF

v.                              No. 2:15-cv-76-DPM

RITA WASHINGTON, Corporal,
EARU, ADC                                                                 DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 May 2017